BORDEN, INC., GOOCH FOODS, INC. AND HERSHEY FOODS CORP., PLAINTIFFS *v.* UNITED STATES AND U.S. DEPARTMENT OF COMMERCE, DEFENDANTS, AND DELVERDE, SRL AND DELVERDE USA, INC., DEFENDANT-INTERVENORS

Consolidated Court No. 96–08–01970

(Dated November 2, 2001)

RESTANI, *Judge:* As the final results of the redetermination of the Department of Commerce of October 15, 2001, that Delverde, SrL is to be excluded from the antidumping order did not elicit any objection during the relevant remand proceeding, the results are affirmed. The history of this matter is reflected in *Borden, Inc. v. United States,* 4 F. Supp. 2d 1221 (Ct. Int'l Trade 1998), *rev'd in part, Borden, Inc. v. United States,* Nos. 99–1575, 99–1576 (Fed. Cir. March 12, 2001). *See also Borden, Inc. v. United States,* Consol. Court No. 96–08–01970 (Ct. Int'l Trade May 21, 2001) (order).